**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-7139**

—————————

JOSEPH GRIFFITH,

> Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

> Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:14-cv-00047-REP-RCY)

—————————

Submitted: May 11, 2017                    Decided: May 30, 2017

—————————

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Joseph Griffith, Appellant Pro Se. Christopher John Catizone, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Griffith appeals the district court's order accepting the magistrate judge's report and recommendation and dismissing his 28 U.S.C. § 2241 (2012) petition for lack of jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Griffith's informal brief does not challenge the basis for the district court's disposition, Griffith has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Moreover, the district court correctly concluded that Griffith's challenge was not properly brought in a § 2241 petition. *See In re Jones*, 226 F.3d 328, 333-34 (4th Cir. 2000). Accordingly, we grant Griffith's motion to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*